Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
Jonathan Gershon (SBN 306979)
Email: jgerhson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Synchrony Financial and
Synchrony Bank

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY COLLINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>SYNCHRONY FINANCIAL; SYNCHRONY LENDING, INC, d/b/a SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK; and DOES 1-20, inclusive.<br><br>    Defendants. | Case No.: **'18CV0241 JM   WVG**<br><br>[Removal from the Superior Court of the State of California for the County of San Diego, Case No. 37-2017-00049876-CL-NP-CTL]<br><br>**NOTICE OF REMOVAL**<br><br>Complaint filed:  December 26, 2017 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Synchrony Financial and Synchrony Bank ("Defendants" or "Synchrony") hereby notices removal of the state court civil action known as *Gregory Collins v. Synchrony Bank,* Case No. 37-2017-00049876-CL-NP-CTL, from the Superior Court of the State of California for the County of San Diego to the United States District Court for the Southern District of California, and in support thereof states as follows.

1. On or about December 26, 2017, Plaintiff Gregory Collins ("Plaintiff") filed a Complaint against Synchrony in the Superior Court of the State of California for the County of San Diego (the "State Court"). In compliance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendants is attached hereto as **Exhibit 1**.

2. The Complaint raised a claim for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et. seq.; the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et. seq.; the California Invasion of Privacy Act, Cal. Pen. Code § 630 et. seq.; and California common law negligence claims.

3. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## GROUNDS FOR REMOVAL

**I.   Defendant Has Satisfied the Procedural Requirements for Removal.**

4. On January 2, 2018, Synchrony's agent for service of process received a copy of the Complaint. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(3) because Defendant is filing its Notice of Removal within 30 days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

5. This Court is the proper division because it embraces the Superior Court of the State of California for the County of San Diego, where Plaintiff's action is pending. *See* 28 U.S.C. §§ 1441 and 1446(a).

6. No previous request has been made for the relief requested herein.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff, and a copy is being filed with the State Court Clerk.

**II. Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

8. Under 28 U.S.C. § 1331, United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America. *See* 28 U.S.C. § 1331.

9. Removal of such cases is governed by 28 U.S.C. § 1441(b). Section 1441(b) makes clear that a case brought in state court, raising a federal question, "*shall* be removable" to the United States District Courts "without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b) (emphasis added).

10. Here, Plaintiff's Complaint purports to assert a claim against Defendant for alleged violations of a federal statute, the TCPA. *See* Complaint (alleging improper debt collection calls and seeking "$500 in statutory damages for each and every violation, pursuant to 47 U.S.C. §227(b)(3)(c)"). The TCPA claim "arises under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over this claim.

11. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

12. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant, by counsel, respectfully requests that the above-referenced action, originally filed in the Superior Court of the State of California for the County of San Diego, be removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

DATED: February 1, 2018

REED SMITH LLP

By: */s/ Jonathan D. Gershon*
Raffi Kassabian
Jonathan D. Gershon
Attorneys for Defendants
Synchrony Financial and
Synchrony Bank

1                           **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is REED SMITH LLP, 355 South Grand Ave, Suite 2900, Los Angeles, CA 90071-1514.  On February 1, 2018, I served the following document(s) by the method indicated below:

**NOTICE OF REMOVAL**

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 PM  and was reported complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine.  Service by fax was made by agreement of the parties, confirmed in writing.  The transmitting fax machine complies with Cal. R. Ct. 2.306.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.  A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

KAZEROUNI LAW GROUP, APC              Attorneys for Plaintiff
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Emily C. Beecham, Esq. (SBN 315462)
emily@kazlg.com
245 Fischer Ave., Unit D1,
Costa Mesa, CA 92626
Telephone 800-400-6808
Fax  800-520-5523

– 1 –
Proof of Service

| | | |
|---|---|---|
| 1 | HYDE & SWIGART | Attorneys for Plaintiff |
| 2 | Joshua B. Swigart, Esq. (SBN 225557)<br>josh@westcoastlitigation.com<br>2221 Camino Del Rio South, Suite 101<br>San Diego, CA 92108<br>Telephone  619-233-7770<br>Fax  619-297-1022 | |
| 5 | LAW OFFICE OF DANIEL G. SHAY | Attorneys for Plaintiff |
| 6 | Daniel G. Shay, Esq. (SBN 250548)<br>danielshay@tcpafdcpa.com<br>409 Camino Del Rio South, Suite 101B<br>San Diego, CA 92108<br>Telephone  619-222-7429<br>Fax 866-431-3292 | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 1, 2018, at Los Angeles, California.

/s/  Sean Wilson
Sean Wilson