# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY COLLINS,<br><br>                    Plaintiff,<br><br>v.<br><br>SYNCHRONY LENDING, INC, d/b/a SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK; and DOES 1 through 20, inclusive,<br><br>                    Defendant. | Case No.: 18cv241 JM (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS** |

Plaintiff Gregory Collins and Defendant Synchrony Bank jointly move the court to extend the time for Plaintiff to respond to Defendant's counterclaims. (Doc. No. 10.) In light of the parties' ongoing settlement discussions, the court grants the motion. Plaintiff has until *April 23, 2018*, to respond to Defendant's counterclaims.

      IT IS SO ORDERED.

DATED: April 4, 2018

                                          JEFFREY T. MILLER
                                          United States District Judge